**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | |
|---|---|
| **NAJIB SHAH SAYED,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )  No.  2:13-cv-156-GZS |
| | ) |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | ) |
| | ) |
| **Defendant** | ) |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 19) filed April 28, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** the Decision of the Commissioner is **AFFIRMED.**

          /s/ George Z. Singal
          United States District Judge

Dated this 20th day of May, 2014.